**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1894**

———————————

ANDREW FINDLAY,

        Plaintiff - Appellant,

    v.

GEOQUIP, INC.,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Lawrence Richard Leonard, Magistrate Judge. (2:24-cv-00147-LRL)

———————————

Submitted: April 10, 2025                Decided: April 14, 2025

———————————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

**ON BRIEF:** Todd M Gaynor, GAYNOR LAW CENTER, P.C., Norfolk, Virginia, for Appellant. Anne Bibeau, W. Thomas Chappell, WOODS ROGERS VANDEVENTER BLACK PLC, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Findlay appeals the magistrate judge's[*] order granting summary judgment on Findlay's retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Findlay v. GeoQuip, Inc.*, No. 2:24-cv-00147-LRL (E.D. Va. Aug. 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c).